People v Walker (2024 NY Slip Op 06521)

People v Walker

2024 NY Slip Op 06521

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024

PRESENT: SMITH, J.P., BANNISTER, NOWAK, KEANE, AND HANNAH, JJ. (Filed Dec. 20, 2024.) 

MOTION NO. (1337/04) KA 02-00993.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JAMES D. WALKER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.